IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **JOHNNY BULLOCK**, | * |
| Plaintiff, | * |
| v. | Case No. **5:22-cv-00386-MTT-CHW** |
| | * |
| **WARDEN JEFFERSON, et al.**, | |
| | * |
| Defendants. | |
| _____ | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated June 15, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 15th day of June, 2023.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk